IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| U.S. LIQUIDS, INC. | § | CASE NO.  04-41522-H5-7 |
|    DEBTOR | § | (CHAPTER 7) |
| | § | (JOINTLY ADMINISTERED) |
| | § | |

MOTION TO PAY FUNDS
INTO THE REGISTRY UNDER
§  11 U.S.C. §374 (A)

The undersigned trustee reports:

____  The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

XXX  More than ninety (90) days have passed since the supplemental final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. §347(a),  the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

    Dated: May 11, 2011                          /s/ *Rodney Tow*
                                                 Federal ID # 3196
                                                 Rodney D. Tow
                                                 Chapter 7 Trustee
                                                 26219 Oak Ridge Drive
                                                 The Woodlands, TX 77380
                                                 281-681-9100

CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing was sent electronically  to the U.S. Trustee, 515 Rusk, Suite 3516, Houston, TX 77002 on the 11th  of May, 2011.
                                                       /s/ *Rodney Tow*
                                                       Rodney Tow, Trustee

EXHIBIT "A"

PLEASE CHECK ONE:

____   Small Dividends

<u>XXX</u>   Unclaimed Dividends

# DIVIDEND REPORT

| | | | | Page No: 1 |
|---|---|---|---|---|
| **Case No:** | 04-41522-H1-7 | | **Date Printed:** | 5/11/2011 |
| **Case Name:** | U S LIQUIDS INC | | **Check Number:** | 105 |
| **Trustee Name:** | Rodney Tow | | **Check Date:** | 05/11/2011 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 24 | PERRET DOISE APLC<br>P.O. Box 3408<br>Lafayette, LA 70502 | $13,163.50 | $413.38 |
| 34 | BOWNE<br>Attn: Lena Lloyd<br>1931 Market Center Blvd<br>Suite 111<br>Dallas, TX 75207 | $322,525.03 | $10,128.47 |
| 44 | CITICORP VENDOR FINANCE INC<br>Attn Marla Rogers<br>1800 Overcenter Dr<br>Moberly, MO 65270 | $49,289.74 | $1,547.88 |
| 56 | VAN DYNE CROTTY INC<br>3233 Newmark Dr<br>Miamisburg, OH 45342 | $29,046.60 | $912.17 |
| 77 | CHEMCOMM INC<br>c/o Ellen G Tagtmeier<br>1900 W Loop S #1100<br>Houston, TX 77027 | $35,126.68 | $1,103.11 |

**Total Check Amount:** $14,105.01