UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUN 8 2011

David J. Bradley, Clerk of Court

IN RE:

U.S. Liquids, Inc.

(Debtor),

BANKRUPTCY CASE NUMBER
04-41522-H5-7

PETITION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, Attorney-in-Fact for Chemcomm, Inc. hereby petitions the Court for $1,103.11 being held in the Registry of the Clerk, U.S. Bankruptcy Court as unclaimed funds for Chemcomm, Inc., creditor.

IF APPLICANT IS A FUNDS LOCATOR, this application includes a Power of Attorney authorizing the undersigned, Dilks & Knopik, LLC, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds.

The creditor did not receive the dividend check in the above case for the following reasons:

Chemcomm, Inc. is no longer a active corporation. Theologos Thanos a/k/a Tolis Thanos was the President and Sole shareholder of Chemcomm, Inc. Theologos Thanos a/k/a Tolis is collecting the unclaimed funds as successor in interest to Chemcomm, Inc as sole shareholder, sole director and president.

The creditor (s) current/correct mailing address is:

Chemcomm, Inc.
Theologos Thanos Sole Shareholder
3746 Robinhood St.
Houston, TX 77005-2028
Phone No.  713-301-3326

Unclaimed.fds
06/23/98

Dated: <u>June 1, 2011</u>

*[signature]*
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
PO Box 2728, Issaquah, WA 98027
(425)-836-5728

On 6\1\11 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

*[signature]*
Caryn M. Dilks, Notary Public
My commission expires: July 29, 2014
Notary in and for the State of Washington

*[Notary Seal: CARYN M. DILKS, COMMISSION EXPIRES, NOTARY PUBLIC, 7-29-14, STATE OF WASHINGTON]*

**Unclaimed.fds**
**06/23/98**

# CERTIFICATE OF SERVICE OF APPLICATION
# ON U.S. ATTORNEY & U.S. TRUSTEE

Notice is hereby given that on June 1, 2011 a copy of the Application for Release of Unclaimed Funds was served on the U.S. Attorney and U.S. Trustee for the Southern District of Texas by U.S. Mail at the following addresses:

> U.S. Attorneys Office
> P.O. Box 61129
> Houston, TX 77208

> U.S. Trustees Office
> 515 Rusk Ave., Ste. 3516
> Houston, TX 77002

Notice is further given that on June 1, 2011 a copy of the Application for Release of Unclaimed Funds was served on the Case Trustee by Electronic Mail at the following addresses:

> Rodney D Tow
> Case Trustee
> rtow@towkoenig.com

Dated: June 1, 2011

Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for
Chemcomm, Inc.

**Unclaimed.fds**
**06/23/98**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

RE: U.S. Liquids, Inc. )   Case: 04-41522-H5-7
)
)   **AUTHORITY TO ACT**
)   **Limited Power of Attorney**
)   **Limited to one Transaction**
Debtor(s) )

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Chemcomm, Inc.** with a tax identification number of _76-0254694_, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$1,103.11** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____     _5/26/2011_____, 20_11_
Theologos Thanos, Sole-Shareholder       Date

| Staple Signatory's Business Card Here | Affix Corporate Seal Below |
|---|---|
|  |  |

## ACKNOWLEDGMENT

STATE OF _Texas_ )

COUNTY OF _Harris_ )

On this _26_ day of _May_ _2011_, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) _Theologos Thanos_ known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

NOTARY PUBLIC _Lakeshia Lair_

Residing at _Houston, TX_

My Commission expires _3/12/2014_

LAKESHIA D LAIR
NOTARY PUBLIC
State of Texas
Comm. Exp. 03-12-2014





**RESTRICTIONS**
A With corrective lenses

**ENDORSEMENTS**
No Endorsements

☐ Directive to physician has been filed at tel #   ☐ Emergency contact number   ☐ Allergic reaction to drugs

TEXAS ROADSIDE ASSISTANCE 1-800-525-5555

## AFFIDAVIT OF CREDITOR
### Access to claimant's corporate seal

**BE IT ACKNOWLEDGED**, that I Theologos Thanos, the undersigned deponent, belonging to the legal age, do hereby depose and say under the penalty of perjury under the laws of the United States of America that the following statements and information are true and correct to the best of my knowledge and belief:

That I, Theologos Thanos, am the Sole Shareholder of the dissolved corporation, Chemcomm, Inc. As I currently reside in Texas, I do not readily have access to the corporate seal of Chemcomm, Inc. which I believe has been stored in Pennsylvania since the dissolution of Chemcomm, Inc.

For this reason, it is overly burdensome and may be impossible to provide a corporate seal impression on the documents enclosed in this motion.

I affirm that the foregoing is true, under the penalties of perjury this 26th day of May, 2011.

Theologos Thanos
Sole Shareholder
3746 Robinhood St.
Houston, TX 77005-2028

STATE OF Texas )
COUNTY OF Harris )

On this 26 day of May, 20 11 before me Theologos Thanos personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the with in instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Signature

Affiant: Known ✓ or Produced ID ✓
Type of ID TX DRL

My commission expires: 03014



LAKESHIA D LAIR
NOTARY PUBLIC
State of Texas
Comm. Exp. 03-12-2014

| | | | |
|---|---|---|---|
| 05-102 (Rev 2-03/21) | 3333 | b | 04104181265 |

a T Code ■  13196

**TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT**
*MUST be filed with your Corporation Franchise Tax Report*

Do not write in the space above

| c Taxpayer Identification number | d Report year |
|---|---|
| ■ 17602546941 | ■ 2003 |

Corporation name and address

CHEMCOMM, INC.
1718 FRY RD, STE 445
HOUSTON        TX    77084-5843

e PIR / IND ■ ☐ 1, 2, 3, 4

Secretary of State file number or, if none, Comptroller unchartered number

g ■

Item k on Franchise Tax Report form, Page 1   0800148704

The following information MUST be provided for the Secretary of State (SOS) by each corporation or limited liability company that files a Texas Corporation Franchise Tax Report Use additional sheets for Section A, B, and C, if necessary The information will be available for public inspection

**Please sign below!**

If preprinted information is not correct, please type or print the correct information

[X] Check here if there are currently **no changes** to the information preprinted in Sections A, B, and C of this report

Corporation's principal office
HOUSTON, TEXAS

Principal place of business
HOUSTON, TEXAS

**SECTION A** Name, title and mailing address of each officer and director

| NAME | TITLE | DIRECTOR | Social Security No (Optional) |
|---|---|---|---|
| TOLIS THANOS | PRES | [X] YES | |
| MAILING ADDRESS | | | Expiration date (mm-dd-yyyy) |
| 1718 FRY RD, STE 445 HOUSTON, TX 77084-5843 | | | |
| NAME | TITLE | DIRECTOR | Social Security No (Optional) |
| MELVIN WARTHAN | VP | [ ] YES | |
| MAILING ADDRESS | | | Expiration date (mm-dd-yyyy) |
| 1718 FRY RD, STE 445 HOUSTON, TX 77084-4853 | | | |
| NAME | TITLE | DIRECTOR | Social Security No (Optional) |
| MICHELE FISCHER | S/T | [ ] YES | |
| MAILING ADDRESS | | | Expiration date (mm-dd-yyyy) |
| 1718 FRY RD, STE 445 HOUSTON, TX 77084-4853 | | | |
| NAME | TITLE | DIRECTOR | Social Security No (Optional) |
| | | [ ] YES | |
| MAILING ADDRESS | | | Expiration date (mm-dd-yyyy) |
| | | | |
| NAME | TITLE | DIRECTOR | Social Security No (Optional) |
| | | [ ] YES | |
| MAILING ADDRESS | | | Expiration date (mm-dd-yyyy) |

**SECTION B** List each corporation or limited liability company, if any, in which this reporting corporation or limited liability company owns an interest of ten percent (10%) or more Enter the information requested for each corporation or limited liability company

| Name of owned (subsidiary) corporation | State of incorporation | Texas SOS file number | Percentage Interest |
|---|---|---|---|
| NONE | | | |
| Name of owned (subsidiary) corporation | State of incorporation | Texas SOS file number | Percentage Interest |
| | | | |

**SECTION C** List each corporation or limited liability company, if any, that owns an interest of ten percent (10%) or more in this reporting corporation or limited liability company Enter the information requested for each corporation or limited liability company

| Name of owning (parent) corporation | State of incorporation | Texas SOS file number | Percentage Interest |
|---|---|---|---|
| NONE | | | |

Registered agent and registered office currently on file *(See instructions if you need to make changes)*

Agent   MELVIN WARTHAN
Office  1119 CROSSROADS DRIVE
        HOUSTON, TX 77079

☐ Check here if you need forms to change this information

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief and that a copy of this report has been mailed to each person named in this report who is an officer or director and who is not currently employed by this corporation or limited liability company or a related corporation

| sign here ► | Officer, director or other authorized person [signature] | Title President | Date 3/29/04 | Daytime phone (Area code and number) 281/391-0010 |
|---|---|---|---|---|

STF TX43153F                                                                                                  STF

ARTICLES OF DISSOLUTION

OF

CHEMCOMM, INC.

FILED
In the Office of the
Secretary of State of Texas
OCT 26 2006
Corporations Section

1. The name of the Corporation is ChemComm, Inc., Filing Number 800148704.

2. The names and respective addresses of all of the officers are:

| Name | Office Held | Address |
| --- | --- | --- |
| Theologos E. Thanos | President, Vice President, Secretary and Treasurer | 3746 Robinhood Houston, Texas 77005 |

3. The name and address of its director is:

| Name | Address |
| --- | --- |
| Theologos E. Thanos | 3746 Robinhood Houston, Texas 77005 |

4. A written consent to dissolve, a copy of which is attached, has been signed by all shareholders of the Corporation, or was signed in their names by their attorneys thereunto duly authorized.

5. All debts, liabilities and obligations of the Corporation have been paid, satisfied, or discharged or adequate provision has been made for payment, satisfaction, or discharge thereof.

6. The remainder of the properties and assets of the Corporation have been distributed to its shareholders according to their respective rights and interests.

7. There are no suits pending against the Corporation in any court.

CHEMCOMM, INC.

By: Theologos E. Thanos, President

Articles of Dissolution.wpd [CHCO]

## SHAREHOLDER'S CONSENT TO DISSOLUTION

**THE UNDERSIGNED**, being the sole Shareholder of ChemComm, Inc., a corporation created and existing under and by virtue of the laws of the State of Texas, deeming it advisable and best for the interests of said corporation that the same should forthwith be dissolved, hereby consents to the dissolution of said corporation, as provided for in Article 6.03(A)(3) of the Texas Business Corporation Act, and does sign this consent to the end that it may be filed in the office of the Secretary of State of the State of Texas, as provided by law.

EXECUTED effective as of the 26th day of October, 2006.

_____
Tolis Thanos

Consent Shareholders.wpd [CHCO]

Page 1 of 1

**CHEMCOMM, INC.**
1718 FRY RD., SUITE 445
HOUSTON, TX 77084
PHONE: 281-391-0010

INVOICE NUMBER: 0116733-IN
INVOICE DATE: 05/28/2003
ORDER NUMBER: 0401282

SHIP TO:
U S LIQUIDS OF DETROIT, INC.
1923 FREDERICK ST.
DETROIT, MI 48211

SOLD TO:
U S LIQUIDS OF DETROIT, INC.
1923 FREDERICK ST.
DETROIT, MI 48211

CUSTOMER NO: 00-0001477

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS | | |
| --- | --- | --- | --- | --- | --- |
| 04634 | DELV'D | DETROIT, MI | NET 30 | | |
| ITEM NO. | | UNIT | SHIPPED | PRIC | AMOUNT |
| SODSUL<br>SODIUM SULFIDE | | LB | 41,887.4<br>WHSE: 000 | 0.2750 | 11,519.04 |

INVOICE NOT PAID

REMIT TO:
CHEMCOMM, INC.
P. O. BOX 130
KATY, TX 77492

Net Invoice: 11,519.04
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00
Invoice Total: 11,519.04

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

IN RE:

U.S. Liquids, Inc.

(Debtor),

BANKRUPTCY CASE NUMBER
04-41522-H5-7

### ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Chemcomm Inc., in the amount of $1,103.11, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 05/11/2011 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Chemcomm, Inc. c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $1,103.11 to Dilks & Knopik, LLC and Chemcomm, Inc. at the following address:

P.O. Box 2728,
Issaquah, WA  98027-0125

Dated: _____        _____

UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98

# DILKS & KNOPIK, LLC

"When Success Matters"

June 1, 2011

United State District Court
Southern District of Texas
Attn: Intake
PO Box 61010
Houston, TX 77208

United States District Court
Southern District of Texas
FILED

JUN 08 2011

David J. Bradley, Clerk of Court

RE: Application for the Release of Unclaimed Funds

Dear Sir or Madam:

I am applying to the US Bankruptcy Court, Southern District of Texas for the release of the unclaimed monies due and owing to Chemcomm Inc. for the amount of $1,103.11. This is from the Bankruptcy of U.S. Liquids, Inc. and Case No. 04-41522-H5-7.

Thank you for your attention to this matter.

Sincerely,

Brian J. Dilks
Managing Member

1760 Newport Way NW        Phone  (425) 836-5728
PO Box 2728                Fax    (425) 650-9930
Issaquah, WA 98027         Email  admin@dilksknopik.com

www.dilksknopik.com