

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**ENTERED**
**04/09/2015**

In Re:  U.S. Liquids, Inc.                              §                    Case No.  04-41522

### Order for Payment of Unclaimed Funds to
### Waste Management, Inc.

Waste Management, Inc.'s ("WMI") Application for Payment of Unclaimed Funds and Certificate of Service (#311) is GRANTED in part and DENIED in part.

Upon WMI's application seeking payment of $38.32, representing funds previously unclaimed by WMI, a creditor in the above-styled case, and it appearing from the application and supporting documentation that WMI is entitled to the unclaimed funds, it is

ORDERED that the Clerk of Court pay $38.32 to:

Waste Management, Inc.
c/o The Locator Services Group, Ltd.
280 Summer Street, Suite 701
Boston, MA 02210

As the instant consolidated application has been filed in four other cases, WMI's requests for unclaimed funds in these cases, totaling $430.46, will be addressed individually by the appropriate judicial officer and in the applicable case.  Thus, WMI's request for these funds is DENIED.

SIGNED this 9 day of April, 2015.

Karen K. Brown
United States Bankruptcy Judge
Southern District of Texas